```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
------------------------------------------------------X  ELECTRONICALLY FILED
                                                  :   DOC #:_____
JOHN TAGGART,                                     :   DATE FILED: 12/3/2019
                                                  :
                           Plaintiff,             :
                                                  :
         -against-                                :   19 Civ. 10150 (LGS)
                                                  :
AEON INTERNATIONAL LIMITED,                       :
                           Defendant.             :   ORDER
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 4, 2019, Plaintiff filed an Affidavit of Service of Summons and Complaint stating that Defendant was served on November 4, 2019 (Dkt. No. 5);

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant to answer or otherwise respond to the Complaint was November 25, 2019;

WHEREAS Defendant failed to file an answer or otherwise respond on ECF by November 25, 2019. It is hereby

**ORDERED** that Defendant shall answer or otherwise respond to the Complaint by **December 5, 2019**. It is further

**ORDERED** that, should Defendant fail to answer or otherwise respond by December 5, 2019, Plaintiff shall file Default Judgment papers by **January 3, 2020,** in accordance with Individual Rules' Attachment A.

Dated: December 3, 2019
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**