USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN TAGGART,
                              Plaintiff,

          -against-

AEON INTERNATIONAL LIMITED,
                              Defendant.
------------------------------------------------------------X

19 Civ. 10150 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on December 23, 2019, Plaintiff filed a proposed Clerk's Certificate of Default and an accompanying declaration (Dkt. Nos. 8-9). It is hereby

    **ORDERED** that the initial pretrial conference, scheduled for January 7, 2020, is adjourned *sine die*, pending the anticipated receipt of default judgment papers (*see* Dkt. No. 7).

Dated: January 2, 2020
          New York, New York

                                                                   LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE