UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020

-----------------------------------------------------------X
:
JOHN TAGGART,                                              :
                              Plaintiff,                   :
                                                          :         19 Civ. 10150 (LGS)
              -against-                                    :
                                                          :              ORDER
AEON INTERNATIONAL LIMITED,                               :
                              Defendant.   :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the Show Cause hearing, currently scheduled for March 3,

2020, is hereby adjourned to **March 19, 2020, at 10:40 A.M.** due to a scheduling conflict.  It is

further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant Aeon

International Limited by **March 4, 2020**, and Plaintiff shall file an affidavit of service by **March**

**5, 2020**.

Dated: February 26, 2020
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**