```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOHN TAGGART,                                                 :
                                        Plaintiff,            :
                                                              :    19 Civ. 10150 (LGS)
                -against-                                     :
                                                              :    ORDER
AEON INTERNATIONAL LIMITED,                                   :
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the Show Cause hearing, currently scheduled for March 19, 2020, is hereby adjourned to **April 16, 2020, at 2:15 P.M.** due to the current exigent circumstances. All parties shall appear **by telephone** by calling Chambers at (212) 805-0288. It is further

**ORDERED** that, if Defendant wishes to appear, it shall file a letter by **April 2, 2020**, stating as much. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant Aeon International Limited by **March 23, 2020**, and Plaintiff shall file an affidavit of service by **March 24, 2020**.

Dated: March 16, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE