UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   JOHN TAGGART,
                              Plaintiff,

                 -against-                  19 Civ. 10150 (LGS)

   AEON INTERNATIONAL LIMITED,     ORDER
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 16, 2020, an Order was issued, requiring Plaintiff to serve a copy of the Order on Defendant Aeon International Limited by March 23, 2020, and file an affidavit of service by March 24, 2020 (Dkt. No. 21);

WHEREAS, on March 24, 2020, Plaintiff did not file an affidavit of service. It is hereby

**ORDERED** that Plaintiff shall file an affidavit of service of the March 16, 2020, Order by **March 30, 2020**, or a letter explaining the delay. Plaintiff is reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: March 26, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE