UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                             :
JOHN TAGGART,                                 :
                                       Plaintiff,   :
                                                               :       19 Civ. 10150 (LGS)
                             -against-                   :
                                                               :              <u>ORDER</u>
AEON INTERNATIONAL LIMITED,   :
                                       Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS a Show Cause hearing is scheduled for April 16, 2020, at 2:15 P.M. (Dkt. No. 21).  It is hereby

        **ORDERED** that all parties shall appear **by telephone** by calling (888) 363-4749 and using Access Code 558-3333.  It is further

        **ORDERED** that Plaintiff shall service this order on Defendant via mail and, if possible, via email, and file proof of service by **April 16, 2020**.

Dated: April 15, 2020
           New York, New York

                                                           **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**