```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN TAGGART,

                                      Plaintiff,                        **ORDER**

                 -against-                             19-cv-10150 (LGS) (KHP)

AEON INTERNATIONAL LIMITED,

                                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me to conduct an inquest on damages.  (Doc. No. 28.)  By **May 28, 2020**, Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law.  All proposed findings of fact must be supported by admissible evidence introduced through affidavit.  All proposed findings of law must be supported by reference to applicable law.  Claims for damages must be specified and supported with admissible evidence, and claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

      By no later than **May 5, 2020**, Plaintiff shall serve a copy of the Default Judgment issued by the Hon. Lorna G. Schofield in this matter, along with a copy of this Order via a method intended to ensure delivery to Defendants.  Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court.  Plaintiff shall serve a copy of all papers filed in connection with the damages inquest (as described in the first paragraph of this Order) on

Defendants by **June 4, 2020**.  Plaintiff shall file an affidavit of service of its application for damages with the Court.

Defendants shall have until **July 5, 2020** to object or otherwise respond to Plaintiff's application for damages in connection with the default judgment.  Defendants must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

Plaintiff shall have until **July 12, 2020** to file a reply memorandum in response to any response and/or objections filed by Defendants.   Plaintiff must serve the response and/or objections on Defendants.

A hearing will take place on **August 5, 2019 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

Dated: April 28, 2020
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2