USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN TAGGART,

                            Plaintiff,                    **ORDER ADJOURNING INQUEST HEARING**

      -against-

                                                    19-cv-10150 (LGS) (KHP)

AEON INTERNATIONAL LIMITED,

                            Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Inquest Hearing in this matter previously scheduled for **Wednesday, August 5, 2020 at 11:00 a.m.** is hereby adjourned *sine die*.

      SO ORDERED.

Dated: June 16, 2020
       New York, New York

                                                    _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge